## IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| ENTERGY ARKANSAS, INC. | * |
| Plaintiff | * |
| V. | * |
| | *   NO: 4:11CV00655 SWW |
| ARKANSAS PUBLIC SERVICE COMMISSION; ET AL. | * |
| Defendants | |

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED THIS 24TH DAY OF APRIL, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE